Benjamin, Yocum & Heather, L.L.C., and Brian A. Lee, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* SMITH, APPELLEE.

[Cite as *State v. Smith,* 105 Ohio St.3d 289, 2005-Ohio-1651.]

(No. 2004–2152—Submitted March 8, 2005—Decided April 20, 2005.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for resentencing consistent with *State v. Jordan,* 104 Ohio St.3d 21, 2004-Ohio-6085, 817 N.E.2d 864.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

LANZINGER, J., dissents.

———————

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for appellant.